SAMUEL MERWIN, Appellant, *v.* THE STAR FIRE INSURANCE
· COMPANY, Respondent.

(Argued January 23, 1878; decided February 5, 1878.)

REPORTED below, 7 Hun, 659.

*Ira D. Warren* for appellant.

*O. E. Bright* for respondent.

Agree to affirm.    No opinion.
All concur.
Judgment affirmed.